# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>Erik Adrian SERVERIANO-Torres,<br><br>Defendant. | Case No. 23-mj-08819-LR<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the United States (Felony) |

The undersigned complainant being duly sworn states:

On or about October 28, 2023, within the Southern District of California, defendant, Erik Adrian SERVERIANO-Torres (SERVERIANO), an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
MIGUEL FLORES
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 30th day of October, 2023.

_____
HON. LUPE RODRIGUEZ, JR
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Erik Adrian SERVERIANO-Torres

## PROBABLE CAUSE STATEMENT

I, Border Patrol Agent Pablo Garcia Guillen, declare under penalty of perjury, the following is true and correct:

The complaint is based upon the investigative report of Border Patrol Agent (BPA) E. Olea that defendant, Erik Adrian SERVERIANO-Torres (SERVERIANO), was found in the United States and was arrested on October 28, 2023, near Calexico, California.

On October 28, 2023, BPA A. Garcia was performing Border Patrol duties approximately 22 miles west of the Calexico, California West Port of Entry. This area consists of mountainous desert terrain with large boulders and sandy washes. Illegal aliens often use this area to illegally enter the United States due to its remoteness.

During the course of his duties, at approximately 2:03 p.m., Remote Video Surveillance System (RVSS) operators received a notification that a buckeye camera was activated and received pictures of an individual walking northbound from the United States/Mexico International Boundary (Border). BPA A. Garcia responded to the area and located the individual who was later identified as, Erik Adrian SERVERIANO-Torres, walking north approximately 2.8 miles north of the border. BPA Garcia identified himself as a United States Border Patrol Agent and questioned SERVERIANO as to his citizenship. SERVERIANO admitted to being a citizen of Mexico who does not possess any immigration documentation to enter, be, or remain in the United States legally. At

3

approximately 4:16 p.m., SERVERIANO was placed under arrest and transported to the El Centro Border Patrol Station for further processing.

Record checks revealed SERVERIANO was ordered removed from the United States by an Immigration Judge on December 3, 2008. SERVERIANO was last removed from the United States to Mexico on November 20, 2020, through Nogales, Arizona.

There are no records showing SERVERIANO has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.

Executed on October 29, 2023 at 01:00 a.m.

*Pablo G*
_____
PABLO GARCIA GUILLEN
BORDER PATROL AGENT

On the basis of the facts presented in the Probable Cause Statement consisting of two pages, I find probable cause to believe that the defendant named in this Probable Cause Statement committed the offenses on October 28, 2023, in violation of Title 8, United States Code 1326.

_____
HON. DAVID D. LESHNER
U.S. MAGISTRATE JUDGE

6:37 AM, Oct 29, 2023
_____
DATE/TIME